

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00538-CV

**LAKEWOOD HAVEN LLC** and William Hutchinson d/b/a Komfort Haus,
Appellants

v.

Mary R. **SASTRI**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-08611
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Appellants' motions for temporary orders are DENIED AS MOOT. Costs of appeal are assessed against appellants.

SIGNED December 23, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice